IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT P. HORGOS, <br> Plaintiff, <br><br> v. <br><br> ALFREDO J. SARARO, III, <br> ET AL., <br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No. 08-815 <br> ) <br> ) <br> ) <br> ) |

## ORDER

AND NOW this 16th day of June, 2008, pursuant to 28 U.S.C. §455, I hereby recuse myself from the above-captioned matter and direct the Clerk of Court to reassign the case to another judge.

BY THE COURT:

_____, J.

cc: all parties of record